JOHN A. COLL, RESPONDENT, v. LEHIGH VALLEY RAIL-
ROAD COMPANY, APPELLANT

Argued February 5, 1926—Decided March 26, 1926.

On appeal from the Supreme Court, whose *per curiam* is
printed in 3 *N. J. Mis. R.* 869.

For the respondent, *William C. Gebhardt & Son.*

For the appellant, *Smith & Smith* and *Edward A. Mark-
ley.*

PER CURIAM.

The judgment under review herein should be affirmed, for
the reasons expressed in the opinion delivered in the Supreme
Court.

*For affirmance*—TRENCHARD, MINTURN, KALISCH, BLACK,
CAMPBELL, GARDNER, VAN BUSKIRK, McGLENNON, HET-
FIELD, JJ. 9.

*For reversal*—None.